UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-352-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **PRELIMINARY ORDER** |
| | ) | **OF FORFEITURE** |
| | ) | *(NUNC PRO TUNC)* |
| ALEX RAYNARD HAMMONDS | ) | |
| | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Preliminary Order of Forfeiture (*Nunc Pro Tunc*). (Doc. No. 29).

The United States requests, pursuant to Fed. R. Crim. P. 32.2(b) and 18 U.S.C. § 924, that this Court enter, *nunc pro tunc*, a Preliminary Order of Forfeiture for the firearm that the United States contends was involved in the offense in this case. For good cause shown and based on the preponderance of the evidence, this Court hereby **GRANTS** the Motion. In support of granting the Motion, the Court **FINDS AS FOLLOWS**:

This Court recently sentenced Defendant based on his plea of guilty via Plea Agreement, (Doc. No. 17), to possession of firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). (Doc. No. 17: Judgment). As set forth in the charging document, (Doc. No. 1, Indictment at 1), law enforcement seized a firearm—identified more specifically below—in this case. Further, forfeiture of the firearm is not set forth in the Judgment. Nonetheless, in the Plea Agreement, Defendant consented to forfeiture of seized items in this case, (Doc. No. 17 at 3), and consents to the instant motion.

**IT IS THEREFORE ORDERED**, based upon Defendant's conviction and the sentencing hearing, the United States is authorized to seize the following property, and it is hereby forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n):

**One Lorcin, model L380, .380 caliber pistol bearing serial number 396500.**

If no third party files a timely claim, this Order of Forfeiture shall become final.

Signed: May 22, 2019

Robert J. Conrad, Jr.
United States District Judge